FILED
2020 Dec-29  AM 09:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| DANA MICHELLE FLIPPO, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 7:20-cv-1298-LSC-GMB |
| | ) | |
| WARDEN CHAD GARRETT, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

On November 23, 2020, the Magistrate Judge entered a report recommending that the court dismiss Petitioner Dana Michelle Flippo's 28 U.S.C. § 2241 petition for writ of habeas corpus. Doc. 12.   Petitioner objects to the report and recommendation on the basis that § 2241 is the correct avenue to challenge her confinement and asks that the court grant the petition because she faces a risk of severe illness from COVID-19 based on her medical condition. Doc. 13.

The court **OVERRULES** Petitioner's objections.  First, the Magistrate Judge found that Petitioner's filing was properly considered to be a § 2241 petition. Doc. 12 at 4.  Second, the Magistrate Judge correctly concluded that Petitioner is not entitled to habeas relief. Doc. 12 at 6–8.  Accordingly, the court **ADOPTS** the report and **ACCEPTS** the recommendation to dismiss Petitioner's § 2241 petition without prejudice.

1

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** on December 29, 2020.

_____
L. Scott Coogler
United States District Judge

160704